Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(856) 858-3242
Attorney for Nationstar Mortgage LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on December 13, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Frank A. Ferrar

Case No.:  15-33258 RG

Judge:  Rosemary Gambardella

# ORDER ALLOWING FILING OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 13, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion to Allow the filing of a Proof of Claim as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim with regard to the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 202 Softwood Drive, Duncanville, TX 75137**

- ☐ Personal Property More Fully Describes as:

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.