Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| | | |
|---|---|---|
| IN RE: | Frank A Ferrar | Case No.: 15-33258 |
| | | Judge: RG |
| | Debtor(s) | Chapter: 13 |

### CHAPTER 13 PLAN AND MOTIONS

☐ Original      ☑ Modified/Notice Required      ☑ Discharge Sought
☐ Motions Included      ☐ Modified/No Notice Required      ☐ No Discharge Sought

Date:  **March 13, 2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

    a. The Debtor shall pay a total of $2,100.00 to the Chapter 13 Trustee from January 2016 through February 2017 (14 months); The Debtor shall pay $250.00 monthly to the Chapter 13 Trustee starting March 201 for approximately 46 months.  The total length of plan is approximately 60 months.

    b. The Debtor shall make plan payments to the Trustee from the following sources:
        ☑ Future Earnings
        ☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Internal Revenue Service** | **Taxes and certain other debts** | **0.00** |
| **State of New Jersey Division of Taxation** | **Taxes and certain other debts** | **0.00** |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Nationstar Mortgage, LLC** | **202 Softwood Drive Duncanville, TX 75137** | **12,059.62** | **0.00** | **12,059.92** | **1,026.37 (subject to change per note and mortgage)** |

b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in

2

Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral **IN FULL SATISFACTION OF CREDITORS' CLAIMS**.

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Caliber Home Loans** | **10 Northwood Ave, Apt. 509 Linden, NJ 07036** | 87,000.00 | 0.00 - collateral surrendered in full satisfaction of creditor's claim |
| **Nationstar Mortgage** | **10 Northwood Ave Apt 300 Linden, NJ 07036** | 87,000.00 | 0.00 - collateral surrendered in full satisfaction of creditor's claim |
| **Linden Towers Condomiums** | **10 Northwood Ave Apts 300 & 509 Linden, NJ 07036** | Apt. 300: 87,000.00 Apt. 509: 87,000.00 | 0.00 - collateral surrendered in full satisfaction of creditor's claim |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
-NONE-

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5:  Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:
    ____    Not less than $____ to be distributed *pro rata*

    ____    Not less than ___ percent

    __X__    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                                                       Best Case Bankruptcy

| Part 6: Executory Contracts and Unexpired Leases |||
|---|---|---|

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

| Part 7: Motions |
|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

　　a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
　　The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

　　b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

　　c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

| Part 8: Other Plan Provisions |
|---|

　　a. **Vesting of Property of the Estate**
　　　　☑ Upon Confirmation
　　　　☐ Upon Discharge

　　b. **Payment Notices**
　　Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

4

    **c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

    **d. Post-petition claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.

Date of Plan being modified: **February 2, 2016**

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **Debtor was unable to complete sale of Apt. 509. Debtor will surrender property. Loan modification on Texax property not yet finalized, Debtor proposes to cure the arrears in the event a modification is not completed.** | **Surrendering Apt. 509. Curing arrears on Texas.** |

Are Schedules I and J being filed simultaneously with this modified Plan?  ☐ Yes   ☑ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date **March 13, 2017**     /s/ Scott E. Tanne
                                                **Scott E. Tanne st2477**
                                                Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date: **March 13, 2017**     /s/ Frank A Ferrar
                                                **Frank A Ferrar**
                                                Debtor

Date: 
                                                Joint Debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-33258-RG
Frank A Ferrar                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 03, 2017
                              Form ID: pdf901          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.
```
db          +Frank A Ferrar,    202 Softwood Dr.,    Duncanville, TX 75137-4326
cr          +Caliber Home Loans, Inc.,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
              Fairfield, NJ 07004-2927
cr          +Linden Towers Condominium Association, Inc.,     151 Highway 33 East,    Suite 204,
              Manalapan, NJ  07726,    UNITED STATES 07726-8635
515899913   +Ar Resources Inc,    Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
515899914   +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
516320292   +Bank of America,    PO Box 5170,    Semi Valley, CA 93062-5170
515899916  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516063370   +Caliber Home Loans, Inc.,    P.O. Box 24330,    Oklahoma City, OK 73124-0330
515899915   +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515931803    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515899918   +Cit Fin Serv,    Po Box 24610,    Oklahoma City, OK 73124-0610
515899917   +Cit Fin Serv,    Attn: Bankruptcy,    Po Box 140489,    Irving, TX 75014-0489
515899921   +Cutolo Mandel LLC,    151 Highway 33 East,    Suite 204,    Englishtown, NJ 07726-8635
515899922   +Cutolo Mandel LLC,    151 Highway 33 East,    Suite 204,    Manalapan, NJ 07726-8635
515899923   +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
515899924   +Experian,    PO BOX 9701,    Allen, TX 75013-9701
515899925   +Frenkel, Lambert Weiss Weisman & Gordon,     80 Main Street,    Suite 560,
              West Orange, NJ 07052-5430
515899927   +Fst Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
515899926   +Fst Premier,    Po Box 5524,    Sioux Falls, SD 57117-5524
516010965   +Linden Towers Condominium Association, Inc.,     c/o Cutolo Mandel LLC,
              151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
515899928    Linden Towers Condomiums,    10 Wood Ave,    Linden, NJ 07036
516703319  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,     P.O. Box 619096,    Dallas, TX 75261-9741)
516667276   +Nationstar Mortgage LLC,    6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
516580810   +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516126600    Nationstar Mortgage LLC,    P.O Box 650783,    Dallas, TX 75265-0783
516010953   +Sixty Acre Reserve Condominium Association, Inc.,     c/o Cutolo Mandel LLC,
              151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
516126603   +State of New Jersey Division of Taxation,     P.O Box 187,    Trenton, NJ 08695-0187
516124411   +THE BANK OF NEW YORK MELLON TRUSTEE (SEE 410),     C/O Nationstar Mortgage LLC,    PO Box 619096,
              Dallas, Texas 75261-9096
515899930   +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2017 00:29:55      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2017 00:29:50      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515899919   +E-mail/Text: creditonebknotifications@resurgent.com Apr 04 2017 00:28:54      Credit One Bank Na,
              Po Box 98873,    Las Vegas, NV 89193-8873
515899920   +E-mail/Text: creditonebknotifications@resurgent.com Apr 04 2017 00:28:54      Credit One Bank Na,
              Po Box 98875,    Las Vegas, NV 89193-8875
516049702   +E-mail/Text: cio.bncmail@irs.gov Apr 04 2017 00:29:17      Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
516125237    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2017 00:18:10      LVNV Funding LLC,
              c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515899929   +E-mail/PDF: bankruptcy@ncfsi.com Apr 04 2017 00:18:10      New Century Financial,
              110 S, Jefferson   Rd # 104,    Whippany, NJ 07981-1038
                                                                                              TOTAL: 7
```

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*         +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516126602*  +Internal Revenue Service,    P.O Box 7346,    Philadelphia, PA 19101-7346
516126601*   Nationstar Mortgage LLC,    P.O Box 650783,    Dallas, TX 75265-0783
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 03, 2017
                              Form ID: pdf901          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor    Linden Towers Condominium Association, Inc.
               hcutolo@cutololaw.com
              Justin  Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    Caliber Home Loans, Inc. gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Scott E. Tanne    on behalf of Debtor Frank A Ferrar info@tannelaw.com,   clerk@tannelaw.com
                                                                                              TOTAL: 7
```