**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

Order Filed on June 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Frank A. Ferrar**

Debtor(s)

Case No.: 15-33258-RG

Adv. No.:

Hearing Date: June 27, 2017

Judge:  RG

## ORDER FOR SUPPLEMENTAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 29, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Frank A. Ferrar
Case No.:  15-33258-RG
Caption of Order:  Order for Supplemental Allowance of Compensation and Reimbursement to Attorney for Debtors

Upon consideration of Debtor's Attorneys application for an order requesting

supplemental allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered…………….. $7,223.47

and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)), shall be paid in the following manner:

Through the debtor's Chapter 13 Plan.

The debtor's monthly Plan is modified to require a payment of $461.00 per month for the remaining 43 months to allow for payment of the above fee.  Increased Plan payments to commence June 1, 2017.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-33258-RG
Frank A Ferrar                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 30, 2017
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2017.
db         +Frank A Ferrar,    202 Softwood Dr.,    Duncanville, TX 75137-4326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Hubert C. Cutolo    on behalf of Creditor    Linden Towers Condominium Association, Inc. hcutolo@cutololaw.com
          Justin  Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com, gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Patrick O. Lacsina    on behalf of Creditor    Caliber Home Loans, Inc. gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
          Scott E. Tanne    on behalf of Debtor Frank A Ferrar info@tannelaw.com,   clerk@tannelaw.com
                                                                                                                                 TOTAL: 7