Melissa N. Licker
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on October 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Frank A Ferrar, | Case No. 15-33258-RG |
| | Hearing Date: October 4, 2017 |
| Debtor. | Judge: Hon. Rosemary Gambardella |

**AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 19, 2017**

*Honorable Rosemary Gambardella
United States Bankruptcy Judge*

9948-3173

| | |
|---|---|
| Debtors: | Frank A Ferrar |
| Case No.: | 15-33258-RG |
| Caption of Order: | AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS |

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, not in its Individual Capacity but solely as Trustee for NRZ Pass-Through Trust VIII ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 202 Softwood Drive, Duncanville, TX 75137, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. The debtor's post-petition arrears are comprised of the payments due October 1, 2017 through April 1, 2017 each in the amount of $1,026.37 and the payments due May 1, 2017 through October 1, 2017 each in the amount of $915.29 less $262.84 in suspense, the payment received May 19, 2017 in the amount of $915.28 and the payment received July 31, 2017 in the amount of $800.00 for a total of $10,698.21.  The post-petition arrears of $10,698.21 shall be paid through the Debtor's Chapter 13 plan..

2. Payments to Movant shall resume timely and in full with the November 1, 2017 payment.

3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 202 Softwood Drive, Duncanville, TX 75137.

4. Debtor to pay attorney fees and costs for the motion for relief in the amount of $526.00 to be paid as an administrative claim through the plan.

9948-3173

United States Bankruptcy Court
District of New Jersey

In re:  
Frank A Ferrar  
    Debtor

Case No. 15-33258-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 20, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.  
db          +Frank A Ferrar,   202 Softwood Dr.,   Duncanville, TX 75137-4326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:

      Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Francesca Ann Arcure   on behalf of Creditor   Nationstar Mortgage LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee forNRZ Pass-Through TrustVIII nj_ecf_notices@buckleymadole.com  
      Hubert C. Cutolo   on behalf of Creditor   Linden Towers Condominium Association, Inc. hcutolo@cutololaw.com  
      Justin Plean   on behalf of Creditor   Nationstar Mortgage LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
      Laura M. Egerman   on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Patrick O. Lacsina   on behalf of Creditor   Caliber Home Loans, Inc. bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com  
      Scott E. Tanne   on behalf of Debtor Frank A Ferrar info@tannelaw.com,   clerk@tannelaw.com  
                                                                                                                           TOTAL: 8