## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−33258−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank A Ferrar
   202 Softwood Dr.
   Duncanville, TX 75137

Social Security No.:
   xxx−xx−7871

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 5, 2017.

On 10/25/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:               December 6, 2017
Time:               09:00 AM
Location:           Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 27, 2017
JAN: mg

                                                        Jeanne Naughton
                                                        Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                                   Case No. 15-33258-RG
Frank A Ferrar                                                           Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Oct 27, 2017
                              Form ID: 185                 Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db             +Frank A Ferrar,    202 Softwood Dr.,    Duncanville, TX 75137-4326
cr             +Caliber Home Loans, Inc.,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
                 Fairfield, NJ 07004-2927
cr             +Linden Towers Condominium Association, Inc.,    151 Highway 33 East,    Suite 204,
                 Manalapan, NJ  07726,    UNITED STATES 07726-8635
cr             +Nationstar Mortgage LLC as servicer for U.S. Bank,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
515899913      +Ar Resources Inc,    Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
515899914      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
516320292      +Bank of America,    PO Box 5170,    Semi Valley, CA 93062-5170
515899916     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
515899915      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515931803       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515899918      +Cit Fin Serv,    Po Box 24610,    Oklahoma City, OK 73124-0610
515899917      +Cit Fin Serv,    Attn: Bankruptcy,    Po Box 140489,    Irving, TX 75014-0489
515899921      +Cutolo Mandel LLC,    151 Highway 33 East,    Suite 204,    Englishtown, NJ 07726-8635
515899922      +Cutolo Mandel LLC,    151 Highway 33 East,    Suite 204,    Manalapan, NJ 07726-8635
515899923      +Equifax,    PO BOX  740241,    Atlanta, GA 30374-0241
515899924      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
515899925      +Frenkel, Lambert Weiss Weisman & Gordon,    80 Main Street,    Suite 560,
                 West Orange, NJ 07052-5430
515899927      +Fst Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
515899926      +Fst Premier,    Po Box 5524,    Sioux Falls, SD 57117-5524
516010965      +Linden Towers Condominium Association, Inc.,    c/o Cutolo Mandel LLC,
                 151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
515899928       Linden Towers Condomiums,    10 Wood Ave,    Linden, NJ 07036
516703319     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
516667276      +Nationstar Mortgage LLC,    6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
516580810      +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516126600       Nationstar Mortgage LLC,    P.O Box 650783,    Dallas, TX 75265-0783
516010953      +Sixty Acre Reserve Condominium Association, Inc.,    c/o Cutolo Mandel LLC,
                 151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
516126603      +State of New Jersey Division of Taxation,    P.O Box 187,    Trenton, NJ 08695-0187
516124411      +THE BANK OF NEW YORK MELLON TRUSTEE (SEE 410),    C/O Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, Texas 75261-9096
515899930      +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2017 22:35:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2017 22:35:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516063370      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Oct 27 2017 22:35:46      Caliber Home Loans, Inc.,
                 P.O. Box 24330,    Oklahoma City, OK 73124-0330
515899919      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 27 2017 22:36:37      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
515899920      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 27 2017 22:36:25      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516049702      +E-mail/Text: cio.bncmail@irs.gov Oct 27 2017 22:35:05      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516125237       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 22:36:26      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515899929      +E-mail/PDF: bankruptcy@ncfsi.com Oct 27 2017 22:31:12      New Century Financial,
                 110 S, Jefferson   Rd # 104,    Whippany, NJ 07981-1038
                                                                                                TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516126602*     +Internal Revenue Service,    P.O Box 7346,    Philadelphia, PA 19101-7346
516126601*      Nationstar Mortgage LLC,    P.O Box 650783,    Dallas, TX 75265-0783
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin               Page 2 of 2            Date Rcvd: Oct 27, 2017
                              Form ID: 185              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
               National Association, not in its individual capacity but solely as Trustee forNRZ Pass-Through
               TrustVIII nj_ecf_notices@buckleymadole.com
              Hubert C. Cutolo    on behalf of Creditor    Linden Towers Condominium Association, Inc.
               hcutolo@cutololaw.com
              Justin  Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    Caliber Home Loans, Inc. bmusarra@rasnj.com,
               bkyecf@rasflaw.com,legerman@rasnj.com
              Scott E. Tanne    on behalf of Debtor Frank A Ferrar info@tannelaw.com,   clerk@tannelaw.com
                                                                                                 TOTAL: 8
```