FILED
JEANNE A. NAUGHTON, CLERK

JAN -8 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY C. _____ DEPUTY

STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (NEWARK)

| In Re: | |
|---|---|
| Frank A Ferrar<br>Debtor<br>Brenda Ferrar<br>Non filing Co-Mortgagor | Chapter 13<br><br>Case Number: 15-33258-RG<br><br>Hearing: January 3, 2018 at 10:30 a.m.<br><br>Judge: Rosemary Gambardella |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

1-8-18

_/s/ Rosemary Gambardella_
USBJ

(page 2)
Debtor: Frank A Ferrar
Non-filing co-mortgagor: Brenda Ferrar

Case Number: 15-33258-RG

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

    Upon the Motion of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) (and the co-debtor stay pursuant to §1301) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

    ORDERED that the automatic stay of Bankruptcy Code § 362(a) (and the co-debtor stay pursuant to §1301) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

    ☑    Real Property more fully described as:

10 N Wood Ave, Apt 509, Linden, NJ 07036 -- the "Property".

    ☐    Personal Property more fully described as:

    It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

    ~~It is further Ordered that Movant is entitled to Attorney's fees incurred from this motion in the amount of $850.00, and costs in the amount of $181.00~~

    The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 15-33258-RG
Frank A Ferrar                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin               Page 1 of 1               Date Rcvd: Jan 09, 2018
                                Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db             +Frank A Ferrar,    202 Softwood Dr.,    Duncanville, TX 75137-4326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
       National Association, not in its individual capacity but solely as Trustee forNRZ Pass-Through
       TrustVIII nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
      Hubert C. Cutolo    on behalf of Creditor    Linden Towers Condominium Association, Inc.
       hcutolo@cutololaw.com
      Justin Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com,
       bkyecf@rasflaw.com;ras@ecf.courtdrive.com
      Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Patrick O. Lacsina    on behalf of Creditor    Caliber Home Loans, Inc. bmusarra@rasnj.com,
       bkyecf@rasflaw.com,legerman@rasnj.com
      Scott E. Tanne    on behalf of Debtor Frank A Ferrar info@tannelaw.com,   tanne.ecf.email@gmail.com
      Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
       Participation Trust skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                            TOTAL: 9