

Melissa N. Licker
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

Order Filed on January 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Frank A Ferrar, | Case No. 15-33258-RG |
|  | Hearing Date: October 4, 2017 |
| Debtor. | Judge: Hon. Rosemary Gambardella |

**AMENDED AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: January 23, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

9948-3173

| | |
|---|---|
| Debtors: | Frank A Ferrar |
| Case No.: | 15-33258-RG |
| Caption of Order: | AMENDED AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS |

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, not in its Individual Capacity but solely as Trustee for NRZ Pass-Through Trust VIII ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 202 Softwood Drive, Duncanville, TX 75137, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. The Debtor's post-petition arrears are comprised of the payments due October 1, 2016 through April 1, 2017 each in the amount of $1,026.37 and the payments due May 1, 2017 through October 1, 2017 each in the amount of $915.29 less $262.84 in suspense, the payment received May 19, 2017 in the amount of $915.28 and the payment received July 31, 2017 in the amount of $800.00 for a total of $10,698.21.  The post-petition arrears of $10,698.21 shall be paid through the Debtor's Chapter 13 plan.

2. Payments to Movant shall resume timely and in full with the November 1, 2017 payment.

3. The Debtor shall filed a modified plan and modified petition schedules that address the increased amount to be paid through the Debtor's Chapter 13 plan within fourteen (14) days of entry of this Order or the case may be dismissed up on certification of the Chapter 13 Trustee.

4. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 202 Softwood Drive, Duncanville, TX 75137.

5. Debtor to pay attorney fees and costs for the motion for relief in the amount of $526.00 to be paid as an administrative claim through the plan.

9948-3173