

Melissa N. Licker
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on January 23, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Frank A Ferrar, | Case No. 15-33258-RG |
| | Hearing Date: October 4, 2017 |
| Debtor. | Judge: Hon. Rosemary Gambardella |

**AMENDED AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: January 23, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

9948-3173

Debtors:            Frank A Ferrar
Case No.:           15-33258-RG
Caption of Order:   AMENDED AGREED ORDER RESOLVING SECURED CREDITOR'S
                    MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND
                    PROVIDING FOR CURE OF POST-PETITION ARREARS

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, not in its Individual Capacity but solely as Trustee for NRZ Pass-Through Trust VIII ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 202 Softwood Drive, Duncanville, TX 75137, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1.  The Debtor's post-petition arrears are comprised of the payments due October 1, 2016 through April 1, 2017 each in the amount of $1,026.37 and the payments due May 1, 2017 through October 1, 2017 each in the amount of $915.29 less $262.84 in suspense, the payment received May 19, 2017 in the amount of $915.28 and the payment received July 31, 2017 in the amount of $800.00 for a total of $10,698.21.  The post-petition arrears of $10,698.21 shall be paid through the Debtor's Chapter 13 plan.

2.  Payments to Movant shall resume timely and in full with the November 1, 2017 payment.

3.  The Debtor shall filed a modified plan and modified petition schedules that address the increased amount to be paid through the Debtor's Chapter 13 plan within fourteen (14) days of entry of this Order or the case may be dismissed up on certification of the Chapter 13 Trustee.

4.  If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 202 Softwood Drive, Duncanville, TX 75137.

5.  Debtor to pay attorney fees and costs for the motion for relief in the amount of $526.00 to be paid as an administrative claim through the plan.

9948-3173

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 15-33258-RG
Frank A Ferrar                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin            Page 1 of 1           Date Rcvd: Jan 24, 2018
                             Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
db             +Frank A Ferrar,   202 Softwood Dr.,   Duncanville, TX 75137-4326

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
           National Association, not in its individual capacity but solely as Trustee forNRZ Pass-Through
           TrustVIII nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
          Hubert C. Cutolo    on behalf of Creditor    Linden Towers Condominium Association, Inc.
           hcutolo@cutololaw.com
          Justin  Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Patrick O. Lacsina    on behalf of Creditor    Caliber Home Loans, Inc. bmusarra@rasnj.com,
           bkyecf@rasflaw.com,legerman@rasnj.com
          Scott E. Tanne    on behalf of Debtor Frank A Ferrar info@tannelaw.com,   tanne.ecf.email@gmail.com
          Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
           Participation Trust skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                            TOTAL: 9