Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−33258−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Frank A Ferrar
  202 Softwood Dr.
  Duncanville, TX 75137
Social Security No.:
  xxx−xx−7871
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/20 at 10:00 AM

to consider and act upon the following:

*108* − Certification in Opposition to Certification of Default by Nationstar (related document:107 Creditor's Certification of Default (related document:102 Amended Order (Generic)) filed by Jonathan C. Schwalb on behalf of Nationstar Mortgage, LLC d/b/a Mr. Cooper. Objection deadline is 03/19/2020. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage, LLC d/b/a Mr. Cooper) filed by Scott E. Tanne on behalf of Frank A Ferrar. (Attachments: # 1 Facsimile Certification # 2 Certificate of Service) (Tanne, Scott)

Dated: 3/20/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court