Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−33258−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank A Ferrar
   202 Softwood Dr.
   Duncanville, TX 75137

Social Security No.:
   xxx−xx−7871

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/17/20 at 10:00 AM

to consider and act upon the following:

*112* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:111 Application for Compensation for Scott E. Tanne, Debtor's Attorney, period: to, fee: $400.00, expenses: $0.97. Filed by Scott E. Tanne, Frank A Ferrar. Objection deadline is 5/19/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Frank A Ferrar) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/15/20

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court