Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 15−33258−RG
                    Chapter: 13
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Frank A Ferrar
    202 Softwood Dr.
    Duncanville, TX 75137

Social Security No.:
    xxx−xx−7871

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/17/20 at 10:00 AM

to consider and act upon the following:

*112* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:111 Application for Compensation for Scott E. Tanne, Debtor's Attorney, period: to, fee: $400.00, expenses: $0.97. Filed by Scott E. Tanne, Frank A Ferrar. Objection deadline is 5/19/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Frank A Ferrar) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/15/20

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Frank A Ferrar  
    Debtor

Case No. 15-33258-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 15, 2020  
                      Form ID: ntchrgbk    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.
```
db            +Frank A Ferrar,    202 Softwood Dr.,    Duncanville, TX 75137-4326
cr            +Caliber Home Loans, Inc.,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
                Fairfield, NJ 07004-2927
cr            +Linden Towers Condominium Association, Inc.,    151 Highway 33 East,    Suite 204,
                Manalapan, NJ  07726,    UNITED STATES 07726-8635
cr            +Nationstar Mortgage D/B/A Mr. Cooper as servicer f,    Friedman Vartolo, LLP,    85 Broad St,
                85 Broad St,    New York, NY 10004-2434
cr            +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr            +Nationstar Mortgage LLC as servicer for U.S. Bank,    C/O Buckley Madole, P.C.,
                99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr            +Nationstar Mortgage, LLC d/b/a Mr. Cooper,    Friedman Vartolo LLP,    85 Broad Street,
                Suite 501,    New York, NY 10004-1734
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
               National Association, not in its individual capacity but solely as Trustee forNRZ Pass-Through
               TrustVIII NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Hubert C. Cutolo    on behalf of Creditor    Linden Towers Condominium Association, Inc.
               hcutolo@cutolobarros.com, ecourts@cutolobarros.com
              Jonathan C. Schwalb    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
               bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor    Nationstar Mortgage D/B/A Mr. Cooper as servicer
               for U.S. Bank National Association not in its individual capacity, but solely as Trustee for NRZ
               Pass-Through Trust VIII bankruptcy@friedmanvartolo.com
              Justin  Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin  Plean    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VIII bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    Caliber Home Loans, Inc. ,    PATRICK.LACSINA@GMAIL.COM
              Scott E. Tanne    on behalf of Debtor Frank A Ferrar ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VIII smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 13
```