| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor Nationstar Mortgage, LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII | Order Filed on May 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 15-33258<br><br>Chapter: 13<br><br>Hearing Date:<br>May 6, 2020 at 10:00 AM<br><br>Hon. Judge:<br>Rosemary Gambardella |
| In Re:<br><br>Frank A Ferrar<br><br>Debtor(s) | |

### ORDER RESOLVING MOTION TO VACATE STAY

The order set forth on the following page is hereby **ORDERED**.

**DATED: May 19, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Nationstar Mortgage, LLC d/b/a Mr. Cooper |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Scott E. Tanne |
| Property (Collateral): | 202 Softwood Drive, Duncanville, TX 75137 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is current on all payments through **April 1, 2020**.

2. Cure for Post-Petition Arrearages:

- Beginning on **May 1, 2020**, regular monthly payments shall resume in the amount of **$1,027.21**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

- Payments:    Nationstar Mortgage, LLC
  P.O. Box 619094
  Dallas, TX 75261-9741

In the event of default:

    If the Debtor(s) fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

4. Award of Attorney's Fees:

- The Applicant is awarded Attorney's Fees in the amount of **$200.00**. The fees are payable through the Chapter 13 Plan.