| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>Attorney for Debtor(s) | Order Filed on May 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Frank A. Ferrar | Case No.:  15-33258-RG<br>Chapter:  13<br>Judge:  Gambardella |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 26, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne, Esq., P.C._____, the applicant, is allowed a fee of $ \_\_\_\_\_400.00\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_\_0.97\_\_\_\_\_ for a total of $\_\_\_\_\_400.97\_\_\_\_\_ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_891.00\_\_\_\_ per month for  \_remaining 7\_ months to allow for payment of the above fee.

Increased payments to commence June 2020.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Frank A Ferrar  
    Debtor

Case No. 15-33258-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: May 27, 2020  
　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2020.
db　　　　+Frank A Ferrar,　 202 Softwood Dr.,　 Duncanville, TX 75137-4326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2020 at the address(es) listed below:

    Denise E. Carlon　　on behalf of Creditor　 Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Francesca Ann Arcure　　on behalf of Creditor　 Nationstar Mortgage LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee forNRZ Pass-Through TrustVIII NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
    Hubert C. Cutolo　　on behalf of Creditor　 Linden Towers Condominium Association, Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com  
    Jonathan C. Schwalb　　on behalf of Creditor　 Nationstar Mortgage, LLC d/b/a Mr. Cooper bankruptcy@friedmanvartolo.com  
    Jonathan C. Schwalb　　on behalf of Creditor　 Nationstar Mortgage D/B/A Mr. Cooper as servicer for U.S. Bank National Association not in its individual capacity, but solely as Trustee for NRZ Pass-Through Trust VIII bankruptcy@friedmanvartolo.com  
    Justin  Plean　　on behalf of Creditor　 Nationstar Mortgage LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
    Justin  Plean　　on behalf of Creditor　 U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VIII bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
    Laura M. Egerman　　on behalf of Creditor　 Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
    Marie-Ann Greenberg　　magecf@magtrustee.com  
    Patrick O. Lacsina　　on behalf of Creditor　 Caliber Home Loans, Inc. , PATRICK.LACSINA@GMAIL.COM  
    Scott E. Tanne　　on behalf of Debtor Frank A Ferrar ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com  
    Sindi  Mncina　　on behalf of Creditor　 U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VIII smncina@rascrane.com  
    Steven P. Kelly　　on behalf of Creditor　 U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 13