| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor Nationstar Mortgage, LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII | Order Filed on May 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 15-33258<br><br>Chapter: 13<br><br>Hearing Date:<br>May 6, 2020 at 10:00 AM<br><br>Hon. Judge:<br>Rosemary Gambardella |
| In Re:<br><br>Frank A Ferrar<br><br>Debtor(s) | |

## ORDER RESOLVING MOTION TO VACATE STAY

The order set forth on the following page is hereby **ORDERED**.

**DATED: May 19, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Nationstar Mortgage, LLC d/b/a Mr. Cooper |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Scott E. Tanne |
| Property (Collateral): | 202 Softwood Drive, Duncanville, TX 75137 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is current on all payments through **April 1, 2020**.

2. Cure for Post-Petition Arrearages:

- Beginning on **May 1, 2020**, regular monthly payments shall resume in the amount of **$1,027.21**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

- Payments:   Nationstar Mortgage, LLC
  P.O. Box 619094
  Dallas, TX 75261-9741

In the event of default:

If the Debtor(s) fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

4. Award of Attorney's Fees:

- The Applicant is awarded Attorney's Fees in the amount of **$200.00**. The fees are payable through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Frank A Ferrar  
       Debtor

Case No. 15-33258-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 28, 2020  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.  
db          +Frank A Ferrar,   202 Softwood Dr.,   Duncanville, TX 75137-4326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2020 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Francesca Ann Arcure   on behalf of Creditor   Nationstar Mortgage LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee forNRZ Pass-Through TrustVIII NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com

        Hubert C. Cutolo   on behalf of Creditor   Linden Towers Condominium Association, Inc. hcutolo@cutolobarros.com,   ecourts@cutolobarros.com

        Jonathan C. Schwalb   on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper bankruptcy@friedmanvartolo.com

        Jonathan C. Schwalb   on behalf of Creditor   Nationstar Mortgage D/B/A Mr. Cooper as servicer for U.S. Bank National Association not in its individual capacity, but solely as Trustee for NRZ Pass-Through Trust VIII bankruptcy@friedmanvartolo.com

        Justin Plean   on behalf of Creditor   Nationstar Mortgage LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

        Justin Plean   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VIII bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

        Laura M. Egerman   on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

        Marie-Ann Greenberg   magecf@magtrustee.com

        Patrick O. Lacsina   on behalf of Creditor   Caliber Home Loans, Inc. ,   PATRICK.LACSINA@GMAIL.COM

        Scott E. Tanne   on behalf of Debtor Frank A Ferrar ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

        Sindi Mncina   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VIII smncina@rascrane.com

        Steven P. Kelly   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust skelly@sterneisenberg.com,   bkecf@sterneisenberg.com

                                                                                                                             TOTAL: 13