**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Frank A Ferrar**<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–7871<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–33258–RG | |

# Order of Discharge                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Frank A Ferrar

<u>3/8/21</u>                                                **By the court:** <u>Rosemary Gambardella</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Frank A Ferrar  
      Debtor

Case No. 15-33258-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 08, 2021      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank A Ferrar, 202 Softwood Dr., Duncanville, TX 75137-4326 |
| cr | + | Caliber Home Loans, Inc., RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Linden Towers Condominium Association, Inc., 151 Highway 33 East, Suite 204, Manalapan, NJ 07726, UNITED STATES 07726-8635 |
| cr | + | Nationstar Mortgage D/B/A Mr. Cooper as servicer f, Friedman Vartolo, LLP, 85 Broad St, 85 Broad St, New York, NY 10004-2434 |
| cr | + | Nationstar Mortgage LLC as servicer for U.S. Bank, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | Nationstar Mortgage, LLC d/b/a Mr. Cooper, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 515899913 | + | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 515899914 | + | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 515899918 | + | Cit Fin Serv, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 515899917 | + | Cit Fin Serv, Attn: Bankruptcy, Po Box 140489, Irving, TX 75014-0489 |
| 515899921 | + | Cutolo Mandel LLC, 151 Highway 33 East, Suite 204, Englishtown, NJ 07726-8635 |
| 515899922 | + | Cutolo Mandel LLC, 151 Highway 33 East, Suite 204, Manalapan, NJ 07726-8635 |
| 515899923 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 515899924 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 515899925 | + | Frenkel, Lambert Weiss Weisman & Gordon, 80 Main Street, Suite 560, West Orange, NJ 07052-5430 |
| 516010965 | + | Linden Towers Condominium Association, Inc., c/o Cutolo Mandel LLC, 151 Highway 33 East, Suite 204, Manalapan, New Jersey 07726-8635 |
| 515899928 | | Linden Towers Condomiums, 10 Wood Ave, Linden, NJ 07036 |
| 516703319 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 516667276 | + | Nationstar Mortgage LLC, 6409 Congress Ave. Suite 100, Boca Raton, FL 33487-2853 |
| 516580810 | + | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516126600 | | Nationstar Mortgage LLC, P.O Box 650783, Dallas, TX 75265-0783 |
| 516010953 | + | Sixty Acre Reserve Condominium Association, Inc., c/o Cutolo Mandel LLC, 151 Highway 33 East, Suite 204, Manalapan, New Jersey 07726-8635 |
| 516126603 | + | State of New Jersey Division of Taxation, P.O Box 187, Trenton, NJ 08695-0187 |
| 516124411 | + | THE BANK OF NEW YORK MELLON TRUSTEE (SEE 410), C/O Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9096 |
| 515899930 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 517467827 | + | U.S. Bank National Association Trustee (See 410), c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9096 |
| 519077642 | + | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, P.O. Box 814609, Dallas, TX 75381-460 U.S. Bank Trust National Association 75381-4609 |
| 518994970 | | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, P.O. Box 814609, Dallas, TX 75381-4609 |
| 518994971 | + | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, P.O. Box 814609, Dallas, TX 75381-4609 U.S. Bank Trust National Association 75381-4609 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 08 2021 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 08 2021 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516320292 | + | EDI: BANKAMER.COM | | |

Case 15-33258-RG  Doc 128  Filed 03/10/21  Entered 03/11/21 00:18:30  Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2021 | Form ID: 3180W | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 09 2021 01:43:00 | Bank of America, PO Box 5170, Semi Valley, CA 93062-5170 |
| 515899916 | | EDI: CAPITALONE.COM | Mar 09 2021 01:43:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516063370 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 08 2021 21:42:00 | Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, OK 73124-0330 |
| 515899915 | + | EDI: CAPITALONE.COM | Mar 09 2021 01:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 515931803 | | EDI: CAPITALONE.COM | Mar 09 2021 01:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515899919 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 08 2021 23:06:58 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 515899920 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 08 2021 23:06:58 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 515899927 | + | EDI: AMINFOFP.COM | Mar 09 2021 01:43:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 515899926 | + | EDI: AMINFOFP.COM | Mar 09 2021 01:43:00 | Fst Premier, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 516049702 | + | EDI: IRS.COM | Mar 09 2021 01:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516125237 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2021 23:07:07 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515899929 | + | Email/PDF: bankruptcy@ncfsi.com | Mar 08 2021 23:08:59 | New Century Financial, 110 S, Jefferson Rd # 104, Whippany, NJ 07981-1038 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516126602 | *+ | Internal Revenue Service, P.O Box 7346, Philadelphia, PA 19101-7346 |
| 516126601 | * | Nationstar Mortgage LLC, P.O Box 650783, Dallas, TX 75265-0783 |
| 519077641 | *+ | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2021                Signature:        /s/Joseph Speetjens

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2021 | Form ID: 3180W | Total Noticed: 43 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Denise E. Carlon
  on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Francesca Ann Arcure
  on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association  not in its individual capacity but solely as Trustee forNRZ Pass-Through TrustVIII NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Hubert C. Cutolo
  on behalf of Creditor Linden Towers Condominium Association  Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com

Jonathan C. Schwalb
  on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
  on behalf of Creditor Nationstar Mortgage D/B/A Mr. Cooper as servicer for U.S. Bank National Association not in its individual capacity  but solely as Trustee for NRZ Pass-Through Trust VIII bankruptcy@friedmanvartolo.com

Justin Plean
  on behalf of Creditor Nationstar Mortgage LLC jplean@raslg.com  bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Justin Plean
  on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VIII jplean@raslg.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Laura M. Egerman
  on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Melissa N. Licker
  on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-NPL1 NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Patrick O. Lacsina
  on behalf of Creditor Caliber Home Loans  Inc. , PATRICK.LACSINA@GMAIL.COM

Phillip Andrew Raymond
  on behalf of Creditor U.S. Bank Trust National Association phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Scott E. Tanne
  on behalf of Debtor Frank A Ferrar ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

Sindi Mncina
  on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VIII smncina@raslg.com

Steven P. Kelly
  on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 15